AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ROBERT AMBROSE | ) | Case No. |
| DOB: xx/xx/xx-PDID: xxx-xxx | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 24, 2013 _____ in the county of _____ in the _____ District of _____ Columbia _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | unlawfully, knowingly, and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
*Complainant's signature*

ALBERT SABIR, II, Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 07/25/2013 _____

_____
*Judge's signature*

City and state: _____ Washington, D.C. _____     DEBORAH A. ROBINSON, Magistrate Judge
*Printed name and title*