## **STATEMENT OF FACTS**

On July 24, 2013, members of the Metropolitan Police Department's, Narcotics Special Investigations Division and the Sixth District, executed two search warrants at 4925 Quarles Street, NE, #301, Washington, D.C. and the storage unit to the apartment. Upon entry into the residence, Officers observed defendant Robert Ambrose in the living room. Officers secured the residence and conducted a search of the premises. The officers recovered from inside the apartment approximately $400 in United States currency, court papers in the name of the defendant, and a key to the storage unit. Meanwhile, officers conducted a search of the storage unit (using a key other than the one found in the residence) and found a cup containing a white rock like substance, a backpack containing about 50 empty ziplock baggies, a small scale made to look like a CD holder, masks, a box of latex gloves, and a pyrex measuring cup. The defendant was placed under arrest. The defendant waived his rights and told the officers that he stored the narcotics in the storage unit so that his mother did not know and that the officers had missed approximately 3 ounces of crack cocaine in a Tupperware container. (Officers had not located the Tupperware container.) The defendant also stated to the officers that there were narcotics stored in the ceiling in a Crown Royal bag in the Tupperware container. Officers then returned to the storage unit and searched the ceiling. They recovered the Crown Royal bag which contained a sandwich bag containing approximately 60 grams of a white compressed powder and a clear plastic bag containing approximately 48 grams of a white rock like substance, and a bag containing four individual baggies containing a white rock like substance, weighing approximately 29 grams. A portion of the white powdery substance and a portion of the white rock like substance field tested positive for cocaine. The approximate weight of the narcotics recovered indicated that the narcotics were going to be sold to others rather than used exclusively by the defendant. Based on the officers' experience, they believe the white rock like substances to be crack cocaine. The defendant also admitted that most of the crack he sold for $20 a bag but that he also sold ounce quantities.

                                                  _____
                                                  OFFICER ALBERT SABIR II
                                                  METROPOLITAN POLICE DEPARTMENT
                                                  NARCOTICS SPECIAL INVESTIGATIONS
                                                  DIVISION

SWORN AND SUBSCRIBED BEFORE ME ON THE _____ DAY OF JULY, 2013.

                                                  _____
                                                  U.S. MAGISTRATE JUDGE